UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM REDICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORK TRUCK SOLUTIONS, INC., d/b/a Kingsburg Truck Center,<br><br>Defendant. | Case No. 1:26-cv-01968-CDB<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 4) |

Plaintiff William Redick ("Plaintiff") initiated this action with the filing of a class action complaint against Defendant Work Truck Solutions, Inc., doing business as Kingsburg Truck Center ("Defendant") on March 12, 2026.  (Doc. 1).

Pending before the Court is the *ex parte* request of Defendant for an initial extension of time to respond to the complaint from April 16, 2026, to and including May 14, 2026, filed on April 16, 2026.  (Doc. 4).  Counsel for Defendant represents she has made repeated attempts to contact counsel for Plaintiff to obtain a stipulation for an extension of time pursuant to Local Rule 144(a) but counsel for Plaintiff has not responded to those outreach efforts.  *Id.* at 2; (Doc. 4-1, Declaration of Tiffany Cheung ("Cheung Decl.") ¶¶ 3-4).  Defendant therefore requests a 28-day extension of time within which to respond to the complaint.  *Id.*

*Remainder of This Page Intentionally Left Blank*

**<u>Conclusion and Order</u>**

Accordingly, and for good cause shown, it is HEREBY ORDERED:

1. The *ex parte* request of Defendant to extend the time to respond to Plaintiff's complaint (Doc. 4) is GRANTED; and

2. Defendant shall have up to and including **May 14, 2026**, to file a response to Plaintiff's complaint. *See* Local Rule 144(c).

IT IS SO ORDERED.

Dated:    **April 17, 2026**    _____

UNITED STATES MAGISTRATE JUDGE

2